Same case below, 644 F.3d 1350.

**No. 11-448. Alex Fayer, aka James McLynn, Petitioner v. Arthur Vaughn, et al.**

565 U.S. 1093, 132 S. Ct. 850, 181 L. Ed. 2d 550, 2011 U.S. LEXIS 8965.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 649 F.3d 1061.

**No. 11-455. Dyer L. Vandevere, et al., Petitioners v. Denby Lloyd, Commissioner, Alaska Department of Fish and Game.**

565 U.S. 1093, 132 S. Ct. 850, 181 L. Ed. 2d 550, 2011 U.S. LEXIS 8941.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 644 F.3d 957.

**No. 11-463. Dolores F. Anderson, aka Dodie Anderson, et al., Petitioners v. National Heritage Foundation, Inc.**

565 U.S. 1093, 132 S. Ct. 850, 181 L. Ed. 2d 550, 2011 U.S. LEXIS 8930.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same cases below, 439 Fed. Appx. 238.

**No. 11-464. Donald Rudolph Stock, Petitioner v. Montana.**

565 U.S. 1093, 132 S. Ct. 850, 181 L. Ed. 2d 550, 2011 U.S. LEXIS 8942.

December 12, 2011. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 361 Mont. 1, 256 P.3d 899.

**No. 11-471. Golden Gate Pharmacy Services, Inc., et al., Petitioners v. Pfizer, Inc., et al.**

565 U.S. 1093, 132 S. Ct. 852, 181 L. Ed. 2d 550, 2011 U.S. LEXIS 8915.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 433 Fed. Appx. 598.

**No. 11-472. Manhua Mandy Lin, Petitioner v. Rohm and Haas Company.**

565 U.S. 1093, 132 S. Ct. 852, 181 L. Ed. 2d 550, 2011 U.S. LEXIS 8865.

December 12, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 992 A.2d 132.

**No. 11-477. Lois Zells, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

565 U.S. 1094, 132 S. Ct. 852, 181 L. Ed. 2d 550, 2011 U.S. LEXIS 8997.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 917.